```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 24539
  ANTOINE D CASTLE
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-3034


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/17/08 .

     2.  The case was converted to Chapter 7 without confirmation, 01/16/2009.

     3.  The Debtor paid a total of $     713.00 .

     4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00             .00             .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE   NOT FILED             .00             .00
NISSAN MOTOR ACCEPTANCE   SECURED VEHIC         .00             .00          675.21
AFNI/ VERIZON WIRELESS    UNSECURED       NOT FILED             .00             .00
CB USA INC                UNSECURED       NOT FILED             .00             .00
CITY OF WATSEKA CITY COL  UNSECURED       NOT FILED             .00             .00
CREDITORS COLLECTION      UNSECURED       NOT FILED             .00             .00
THE NEW COLONIE           UNSECURED       NOT FILED             .00             .00
FIRST PREMIER BANK        UNSECURED       NOT FILED             .00             .00
GLOBAL PAYMENTS           UNSECURED       NOT FILED             .00             .00
MIDLAND CREDIT MGMT       UNSECURED       NOT FILED             .00             .00
NATIONWIDE CASSEL LP      UNSECURED       NOT FILED             .00             .00
NDC CHECK SERVICES        UNSECURED       NOT FILED             .00             .00
NICOR GAS                 UNSECURED       NOT FILED             .00             .00
RECEIVABLES MANAGEMENT I  UNSECURED       NOT FILED             .00             .00
RECEIVABLES MANAGEMENT I  UNSECURED       NOT FILED             .00             .00
CITY OF MARKHAM           UNSECURED       NOT FILED             .00             .00
BRITTANY GREEN            CHILD SUPPORT   NOT FILED             .00             .00
        Summary of disbursements:

                          SECURED     PRIORITY    UNSECURED     OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED           .00          .00          .00          .00          .00
PRINCIPAL PAID            675.21          .00          .00          .00       675.21
INTEREST PAID                .00          .00          .00          .00          .00
TOTAL PAID                675.21          .00          .00          .00       675.21
The Debtor's attorney, JOHN C DENT                    , was allowed $       .00
and was paid $       .00 .

The Trustee received $      37.79 .
```

Refunds to the Debtor totaled $            .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/18/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE








                                PAGE   2
        CASE NO. 08 B 24539 ANTOINE D CASTLE